UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | ELECTRONICALLY FILED |
| | ) | |
| v. | ) | Case No. 2:10-CR-00372-001 (DRD) |
| | ) | ORDER |
| BRIAN M. CAMPBELL, | ) | |
| | ) | |
| Defendant | ) | |

**DICKINSON R. DEBEVOISE, SENIOR DISTRICT JUDGE:**

Having reviewed Petitioner's above-styled Motion, based upon this Court's Judgment Order issued November 22, 2011, and having considered Bureau of Prisons' designation policies and discretion, and the Court being otherwise duly advised the defendant has been designated to the Metropolitan Detention Center in Brooklyn, New York, the Court hereby:

1. **ORDERS** that the judicial recommendation for designation in this case be amended;

2. **RECOMMENDS** that the Federal Bureau of Prisons re-designate defendant to the satellite camp at FCI Fort Dix to accommodate medical health issues and to facilitate visitation by his family members;

3. **RECOMMENDS** that if the FCI Fort Dix camp is unavailable the Federal Bureau of Prisons re-designate defendant to the satellite camp at FCI Fairton (or the camp at either Schuylkill, PA; Canaan, PA; Otisville, NY; or Fort Devens, MA) to accommodate medical health issues of this defendant and to facilitate visitation by family;

4. **ORDERS** that the defendants' surrender date be changed from December 27, 2011 to January 10, 2012;

5. **ORDERS** that this notice be forwarded forthwith to the United States Marshals Office, District of New Jersey (USMS - Newark Division), and to the United States Probation Office

(USPO - Newark Office) and in turn both the USMS and the USPO deliver a true copy of this order to the Federal Bureau of Prisons, Designation and Sentence Computation Center.

**SO ORDERED**

Dated: Dec 12, 2011

_____
Hon. Dickinson R. Debevoise
United States Senior District Judge